889 A.2d 1056

IN THE MATTER OF MICHAEL B. BLACKER,
AN ATTORNEY AT LAW.

January 25, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–282, concluding that **MICHAEL B. BLACK-ER** of **SCOTCH PLAINS,** who was admitted to the bar of this State in 1966, should be reprimanded for violating *RPC* 1.3 (lack of diligence), and *RPC* 8.4(C) (misrepresentation), and good cause appearing;

And the Court having determined from its review of the record that the appropriate quantum of discipline for respondent's unethical conduct is an admonition;

And good cause appearing;

It is ORDERED that **MICHAEL B. BLACKER** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.